**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Daquan Tyrek BROWN, a/k/a Scutter,
a/k/a Scutter P, a/k/a Keith Martin,
Defendant–Appellant.**

No. 16–6056

United States Court of Appeals,
Fourth Circuit.

Submitted: August 24, 2016

Decided: August 25, 2016

Daquan Tyrek Brown, Appellant Pro Se. Sean Kittrell, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daquan Tyrek Brown appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brown, No. 2:11–cr–00472–PMD–16 (D.S.C. Jan. 6, 2016); see U.S. Sentencing Guidelines Manual § 1B1.10(a)(2)(B). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED